UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PEDRO GARCIA,<br><br>                      Plaintiff,<br>    v.<br>C/O DAVIS, *et al.*,<br>                      Defendants. | Case No. 3:20-cv-00071-MMD-CLB<br><br>ORDER |

**I.    DISCUSSION**

The last mail sent to Plaintiff was returned as undeliverable (ECF No. 16). Accordingly, it appears Plaintiff is no longer at the address listed with the Court. According to the Nevada Department of Corrections (NDOC) inmate database and the returned mail, it appears that Plaintiff is now incarcerated at Ely State Prison.

The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. The Court previously notified Plaintiff that he must immediately file with the Court written notification of any change of address. ECF No. 2.

The Court grants Plaintiff 30 days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within 30 days from the date of entry of this order, this case will be subject to dismissal with prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within 30 days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a courtesy copy of this order, the screening order (ECF No. 14) and the complaint (ECF No. 15) to Plaintiff at Ely State Prison, PO Box 1989, Ely, Nevada 89301.

DATED THIS 8th day of February 2021.

_____
UNITED STATES MAGISTRATE JUDGE