Pedro Jose Garcia #85518
Ely State Prison
P.O. Box 1989
Ely, Nevada. 89301



Pedro Garcia
          Plaintiff,

VS.

C/O Davis, et al.,
          Defendants.

United States District Court
District of Nevada

Case No. 3:20-CV-00071-MMD-CLB

"NO COPY"

FILED ✓
ENTERED ___   RECEIVED ___
              SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 18 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Request for Appointment of Counsel

The plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff is unable to afford counsel. The plaintiff finds himself in administrative segregation here at Ely state prison. The Prison Ely state Prison Law Library is very limited and the plaintiff not able to get resorces adeqetly or on time. Plaintiff's Imprisonment will greatly limit his ability to litigate. This issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the Law Library and limited knowledge of the Law. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses. Also for security reasons at time prison will not allow me information for Discovery and security reasons. I have been communicating with a lawyer, Travis N. Barrick esq, 540 E. St Louis st. Las Vegas, Nevada 89104, (702) 892-3500. He said that he would represent me when I got a screening order.

Since I have been in administrative segregation Here at Ely state prison. I have tryed to call his offices to let him know I got a screening order. But I have not been able to get a hold of a phone. Attatched is a letter from travis N. Barrick. See attached letter. Also Attorney Luke Andrew Busby, 316 California Ave. Reno, NV. 89509 (775) 453-0112. Said to contact the Judge Carla Baldwin U.S. magistrate Judge and ask the honorable Judge to refer me to the Pro bono Federal program and Luke Andrew busby will represent me for counsel on this case. I pray that I am able to obtain counsel Thank you for taking the time to read this motion.

Respectfuly Sumbited

Pedro Jose Garcia 81578
Ely state prison.
P.O. Box 1989
Ely, ~~stat~~ Nevada. 89301

This 12th day of Feburary 2021

**Attorneys:**

Russell J. Gallian *
Michael I. Welker *◊+
Britt K. Beckstrom *◊
Matthew D. Ekins *◊
Travis N. Barrick *◊±
Robert A. Gurr *~
Jared G. Brande *
James M. Elegante *o
Dayton L. Hall *◊+
Eric R. Carson *◊
Jeanette H. Barrick ◊o
Raelene K. Palmer ◊o

\* Licensed in Utah
◊ Licensed in Nevada
+ Licensed in Arizona
± Licensed in California
~ U.S. Patent & TM
o Arbitrator / Mediator

Brian L. Olson
(1969-2010)
William F. Rummler
(1943-2015)







# GALLIAN WELKER & BECKSTROM, L.C.

*Please Reply to:*
*2955 E. Sunset rd., #105*
*Las Vegas, Nevada 89120*
*(702) 892-3500*

*Via US Mail*

May 8, 2020

Pedro Jose Garcia #81578
WSCC
P.O. Box 7007
Cason City, NV 89702
LEGAL MAIL

**Re:   Recent Correspondence Updating Case Status**

Dear Pedro:

Thanks for the update on your case. You mentioned your plans to send medical records. Please wait until if I request them. Keep in mind, I only assured you that I would consider representation after the screening order.

Best,

Travis N. Barrick, Esq.

**Offices:**

965 E. 700 S., Suite 305
St. George, UT 84790
Tel: 435.628.1682
800.353.4128
Fax: 435.628.9561
www.utahcase.com

540 E. St. Louis
Las Vegas, NV 89104
Tel: 702.892.3500
Fax: 702.386.1946
www.vegascase.com