**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PEDRO GARCIA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>C/O DAVIS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:20-CV-00071-MMD-CLB<br><br>**ORDER STRIKING NOTICE OF COMPLIANCE WITH COURT ORDER**<br><br>[ECF No. 65] |

On August 3, 2021, Defendants filed a notice of compliance with court order, in which they attached, as exhibits, signed consent to magistrate judge forms on the docket. As the Court advised the parties at the telephonic case management conference, these forms may not be filed on the Court's docket, but rather, must be directly returned to the Clerk of Court. (*See also* ECF No. 64). Therefore, the notice of compliance and the accompanying exhibits, (ECF No. 65), are hereby **STRICKEN**. Defendants are reminded not to file consent forms on the Court's electronic filing system in the future.

**IT IS SO ORDERED.**

**DATE:** August 3, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**