1 | AARON D. FORD
   Attorney General
2 | LAURA M. GINN, Bar No. 8085
   Deputy Attorney General
3 | State of Nevada
  100 N. Carson Street
4 | Carson City, Nevada 89701-4717
  Tel: (775) 684-1120
5 | E-mail: lginn@ag.nv.gov

6 | *Attorneys for Defendants, Albert Castellan,*
*Pamela McCutchen, and Maneleo Nunez*

7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | PEDRO GARCIA,

11 |           Plaintiff,

12 | v.

13 | C/O DAVIS, et al.,

14 |         Defendants.

Case No. 3:20-cv-00071-MMD-CLB

**ORDER GRANTING**

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

15      Defendants Albert Castellan, Pamela McCutchen and Maneleo Nunez, by and

16 through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura

17 M. Ginn, Deputy Attorney General, based upon the Settlement Agreement between the

18 parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate

19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1 | to dismissal with prejudice of the above-captioned action, with each party bearing their
2 | own attorney's fees and costs and that the Court may accordingly close the case.

3 | DATED: _10-25-22_ 2022   DATED: _10-25-22_ 2022

4 |                                          October 26, 2022

5 | By: _____         By: /s/ Laura M. Ginn
6 | Pedro Jose Garcia, #81578         Laura M. Ginn, Bar No. 8085
  | *Plaintiff Pro Se*               Deputy Attorney General
  |                                  *Attorney for Defendant*

8 |                           **ORDER**

9 | **IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the
10 | Clerk is directed to close the case.

12 |                    **UNITED STATES MAGISTRATE JUDGE**
13 |                    **DATED:** ___October 26, 2022___